UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**NORTH AMERICAN MARKETING
SOLUTIONS, Inc.,**

        Plaintiff,

  -vs-                                  Case No. 13-C-472

**JONATHAN WRIGHT,**

        Defendant.

---

## DECISION AND ORDER

      In this action for violation of the Computer Fraud Abuse Act, the Electronic Communications Privacy Act, the Wisconsin Computer Crimes Act, and Wisconsin common law, the defendant, Jonathan Wright, is in default. In conjunction with its request for the entry of default, North American Marketing Solutions, Inc. asks the Court to enter an order for permanent injunctive relief. ECF No. 5-2. The record before the Court is insufficient to justify the entry of injunctive relief. *See, e.g., e360 Insight v. The Spamhaus Project*, 500 F.3d 594, 603-04 (7th Cir. 2007). However, NAMS may conduct discovery as to its damages. Fed. R. Civ. P. 26(d).

      Dated at Milwaukee, Wisconsin, this 9th day of September, 2013.

                                                             BY THE COURT:

                                                             */s/ Rudolph T. Randa*
                                                             **HON. RUDOLPH T. RANDA**
                                                             **U.S. District Judge**